United States District Court
Western District of Oklahoma

FILED
JUN 19 2008
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

Jeremy V. Pinson,
    Plaintiff,

v.

Renee Watkins, et al.,
    Defendants,

Case No. CIV-08-556-F

## Motion Dismissing Case

Comes Now the Plaintiff, pro se, and voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a).

Respectfully,

*/s/ Jeremy Pinson*
Jeremy Pinson
Plaintiff - Pro Se

-1-